UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LORUSSO,

    Petitioner,

vs.                                        Case No.:  1:25cv301/MCR/ZCB

SECRETARY OF FAMILIES AND
CHILDREN SERVICES,

    Respondent.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on October 2, 2025.  ECF No. 3.  The Court furnished the petitioner a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 3, is adopted and incorporated by reference in this order.

2. The 28 U.S.C. § 2241 habeas petition, ECF No. 1, is **DISMISSED** without prejudice based on *Younger* abstention.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 6th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**